| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| John Doe *et al.*, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | Civil Action H-20-01894 |
| Pasadena Independent School District, | § § § | |
| Defendant. | § | |

## Order on Dismissal

(20) On the parties' joint stipulation, this case is dismissed with prejudice.

Signed on July __14__, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge